# NOTICE:

USING a notary on this document does not constitute any adhesion nor does it alter my status in any matter or manner. The purpose for notary is verification & identification only & not for entrance into any foreign jurisdiction, a benefit for the Pagans & Heathens so they whom I pray may become knowledgeable in the truth for the law by our Holy Father in Heaven & repent, so they will no longer be alienated from the truth of our given birth rights.

Qwanell Superier Jones, known by me or made known by Me by proper Identification & duly sworn & subscribed in my presence this 29th day of April 2021

Autograph:

*Qwanell-Superier Jones*

FILED
20-30045
MAY 6 - 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# AFFIDAVIT OF TRUTH

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent.

For the record, let the record reflect.

I, Qwanell Superur Jones in Propria Persona in correct spelling move this court to discharge, offset & handle the account in my favor & to be alerted & aware of the numerous willful Acts of Barratory committed by the courts public officials, who sworn under oath to uphold Illinois & United States constitution & you are hindering & delaying my remedy.

An answer pursuant, the 3 day rescission Act, an response has not been given, filed or recorded since the last court date, the courts have failed to exercise due-diligence with the recorded documents. within the next 7 days, before the next court date an answer is required.

Are the courts going to continue to keep violating my constitutional guarantees.

The courts must have more interest in this claim more than my full faith & credit. if thats the case enter that into evidence so that I can look at it & rescind any contracts.

I do not consent to trial or any contracts, the courts have no legal standing when I am the only one with full faith & credit pursuant to title 28 U.S.C. 1738. I am only conducting business with the judge & clerk of the courts. which is also in violation of 15 U.S.C 1 & can be fined no more then exceeding $100,000,000 & deemed guilty of a felony & of conviction & whoever so conspires shall be fined or imprisoned up to 10 years. For molesting my trust.

Let the record reflect that I am fully knowledgable of these codes I am communicating to you & the courts.

I am here to inquire the information it is you want from me on the matter.

Pursuant Title 28 U.S.C. 2007 Imprisoning for debt has been abolished & you are now holding me as a hostage. I am looking to be released. I am not here to argue. I have filed papers/forms with the IRS, & shall be filed a copy soon. This is not a request.

But de jure in fact.

Laws that the courts are in violation of that I've quoted & will continue to recite my status will not shape or change

I will be filing a release of personal property from escrow & my body if I am not released, the whistle blowing forms (3949 a) will be filed to the IRS.

**AFFIDAVIT OF TRUTH :**

Notice to Principal is Notice to Agent Notice to Agentis - Noitce to Principal:

For the record let the record reflect;
I _Quwanell Superier Jones_ in proper spelling& not in all cap in propria persona, correct spelling; Spelled capital Q, lower case w-a-n-e-l-l, capital S, lower case u-p-e-r-i-e-r, capital J, Lower case o-n-e-s. From now &hereonforth spelled in this manner not as a fictional person nor corporation but as the Alive man, do not consent to the proceedings of this court &deny trial.
I do not waive my rights,If that is what the courts are trying to do or assumehta would be an violation of my constitutional rig-hts.

I want to state my status & my status will not change throughout these proceedings.

According & in support of 18 U.S.C 1621 of perjuryy the courts & its officals are in contempt & in violation of several statutes.

For the record and let the record reflect
I Alive man overstand (I do not understand/ stand under) the char-ges against me...
I understand having that these allgged charges against me (statututes) do not abrogate constitutional law & I am sure the court understands that theyare in violation of Title 28 U.S.C. 2007. For imprisoning for debt. I am here to balance the bond with full faith & credit as an executive order was held I Believe March 26th or 27th.

Also publicofficials of the court are in violation of Title 18 U.S.C. 242 in depriving me of my rights of fredom, liberty & pursuit of happiness.

I am here by restricted appearance or special appearance not at all is this appearance in general. I am here under duress, coerci-n & threat of imprisonment as I am now. I do not consent to any contract(s) with the courts.
I do accept your oath of office throughout these affairs.
As I know you cannot be in common law & commercial Statute law at the same time/ in commercial court.

The court is also committing fraud in vioolation of Title 18 U.S.C. 1001 with intent to decieve with false statements, in-struments etc. Any tricks, schemes are part of fraud. Federal Reserve Accounting Unit Denominations & anyone of such intent shall be penalsized& fined according to the United States Codes.

If the party is to rebut or falsifu any statements not to be true as an answer, shall properly be held accountable as penalty allow & the following answer shall be given in 3 days no later than recieved.

Autograph _Quwanell Superier Jones_

"OFFICIAL SEAL"
MEGHAN D MOREY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-02-2023

_Meghan D Morey_
4/30/21

Page 2