IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 20-cr-30045 |
| ) | |
| **QWANELL JONES,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 58) on Defendant Qwanell Jones's 995 Motion, Proposal for Dismissal, Motion to Quash Arrest & Suppress Evidence (d/e 36). Magistrate Judge Schanzle-Haskins recommends that this Court deny Defendant's Motion. The time for filing objections has passed, and no objections have been filed.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Crim. P. 59(b); 28 U.S.C. § 636(b)(1). However, as of October 5, 2021, the Court has not

received any objections to the Report and Recommendation. As stated in the Report and Recommendation, the deadline for Defendant to file his objections was fourteen days after service on him of a copy of the Report and Recommendation. A copy of the Report and Recommendation was mailed to Defendant at the detention facility where he is currently in custody on September 9, 2021. Because Defendant is entitled to the benefit of the prison mailbox rule, Defendant's filings are considered filed on the day he places the document in the prison mail system. See Taylor v. Brown, 787 F.3d 851, 858 (7th Cir. 2015). Assuming, conservatively, that Defendant received a copy of the Report and Recommendation on September 14, 2021, his objections were due to be deposited in his detention facility's mailing system no later than September 28, 2021. As the Court has not received any objections from either party as of October 5, 2021, the Court finds that no timely objection to the Report and Recommendation has been filed.

Portions of a recommendation to which no party objects are reviewed for clear error. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999). The Court has thoroughly reviewed

Magistrate Judge Schanzle-Haskins's Report and Recommendation and finds that none of the findings of fact or conclusions of law therein are clearly erroneous.

For the reasons stated above, it is ORDERED:

(1) **The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 58) is ACCEPTED and ADOPTED.**

(2) **Defendant Qwanell Jones's 995 Motion, Proposal for Dismissal, Motion to Quash Arrest & Suppress Evidence (d/e 36) is DENIED.**

ENTER: October 5, 2021

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE